IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


REYMOND MARQUEZ,

      Plaintiff,

                                    No.  2:14-cv-00377 SMV/WPL

v.

DONA ANA COUNTY SHERIFF'S DEPUTY
BRIAN JOHNSTON,

      Defendant.


## ORDER OF DISMISSAL

THIS MATTER having come before the Court on the motion of Plaintiff and

Defendant [Doc.28] for an Order dismissing the Plaintiff's Complaint with prejudice, and

the Court having reviewed the pleadings and being otherwise fully advised in the premises;

FINDS, that the Plaintiff and the Defendant have represented that all matters in

controversy have been fully resolved;

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiff's Complaint

and all causes of action stated therein or which could have been stated therein against

Defendant be and are hereby dismissed with prejudice.  The parties shall bear their own

costs and attorneys' fees.


_____
HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

APPROVED:

EATON LAW OFFICE, P.C.

By _Electronically Signed by P. Scott Eaton -_
   P. SCOTT EATON
   Attorneys for Defendant Johnston


By _Approved via Email     -_
   JOSE R. CORONADO
   Attorneys for Plaintiff Marquez